

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN PAUL NELSON,<br><br>    Petitioner,<br><br>    v.<br><br>LELAND MCEWEN, Warden,<br><br>    Respondent. | Case No. EDCV 12-0860-DMG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: April 1, 2013

Dolly M. Gee
United States District Judge